IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Chapter 13 |
| ROSEMARY GIBSON, ) | Case No. 17-22282 |
| ) | Judge: SCHMETTERER |
| Debtor(s). ) | |

## NOTICE OF MOTION

***To the following persons or entities who have been served via electronic mail:***
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: chiweb@tvch13.net
Bank of America, c/o Shapiro, Kreisman & Assoc.: mkalkowski@logs.com
PRA Receivables: claims@recoverycorp.com

***To the following persons or entities who have been served via U.S. Mail:***
See attached list

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 S. Dearborn, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Chapter 13 Plan to Increase Plan Payment and to Defer Plan Payment Default,** at which time and place you may appear.

    JUDGE:    SCHMETTERER
    ROOM:     682
    DATE:     October 3, 2018
    TIME:     10:00 AM

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: September 11, 2018       /s/ Christine H. Clar
                                          Christine H. Clar, A.R.D.C. #6202332
                                          Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com

*To the following persons or entities who have been served via U.S. Mail:*

Ms. Rosemary Gibson
1150 W. 18th St., #1W
Broadview, IL 60155

Nissan Motor Acceptance
P.O. Box 660366
Dallas, TX 75266

City of Chicago, Dept. of Finance
Arnold Scott Harris
111 W. Jackson Blvd., Ste. 600
Chicago, IL 60604

Amerimark/Ashro/Masseys/Payday Loan Store
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

Premier Bankcard
Jefferson Capital Systems
P.O. Box 799
St. Cloud, MN 56302-9617

Bank of America
Carrington Mortgage Services
1600 S. Douglas Rd.
Anaheim, CA 92806

Portfolio Recovers/Comenity Bank
P.O. Box 41067
Norfolk, VA 23541

Quantum3 Group
MOMA Funding
P.O. Box 788
Kirkland, WA 98083-0788

Merrick Bank
Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368

AT&T
Karen Cavagnaro, Paralegal
One AT&T Way, Ste. 3A104
Bedminster, NJ 07921

Peoples Gas
200 E. Randolph St.
Chicago, IL 60601

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:              )
                               )   Chapter 13
ROSEMARY GIBSON,               )   Case No. 17-22282
                               )   Judge: SCHMETTERER
   Debtor(s).                  )

## MOTION TO MODIFY CHAPTER 13 PLAN TO INCREASE PLAN PAYMENT AND TO DEFER PLAN PAYMENT DEFAULT

NOW COMES, THE DEBTOR, ROSEMARY GIBSON, by and through her attorneys, DAVID M. SIEGEL AND ASSOCIATES, LLC, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On July 26, 2017, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on October 11, 2017. That Tom Vaughn was appointed Trustee in this case.

3) The Debtors' Chapter 13 plan provides for payments of $625.00 monthly for an initial plan term of 36 months, with payments to the General Unsecured Creditors of 10% of their allowed claims.

4) The Debtor has paid $4,900.00 into her Chapter 13 Plan.

5) The Debtor is behind in her plan payments due to the fact that she had emergency repairs performed on her home, in order for it to remain habitable. (See exhibit A.)

6) The Debtor wishes to increase the monthly plan payment by $26.00, to $651.00 so that the plan will remain feasible. She will adjust her budget as needed to make this small increase.

7) The Debtor proposes to modify the plan pursuant to 11 U.S.C. §1329 to increase her plan payment so that §D.1 of the plan provides that Debtors will pay to the trustee $651.00 monthly pursuant to the provisions of the plan, starting immediately, and to defer the anticipated plan payment default to the end of the plan. This proposal is made in good faith and without the intent to defraud creditors.

8) Deferring the plan payment default will not cause the confirmed Chapter 13 plan to run longer than 60 months.

WHEREFORE, the Debtor, ROSEMARY GIBSON, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 17-22282 |
| | ) | |
| ROSEMARY GIBSON, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge: SCHMETTERER |

### AFFIDAVIT

The Debtor, **ROSEMARY GIBSON**, in the above captioned case, under penalty of perjury, states as follows:

1. That I, Rosemary Gibson, am currently involved in a Chapter 13 Bankruptcy.

2. That during June and July 2018, I had work done to my home.

3. That the repairs to my home were necessary to maintain the habitability of my home.

4. That I had the tile floor replaced in my home because it had cracked in several places.

5. That I had the plastered walls plastered again because the walls were cracking and bulging.

6. That the costs of the repairs (labor and materials) were approximately $2,000.00.

7. That I am unable to provide receipts for these repairs because the local handymen I used did not provide me with receipts.

By signing this statement I declare under penalty of perjury that all of the information contained herein is true and accurate, and acknowledge that the Court may rely on the truth of this statement in determining whether to extend the bankruptcy stay for the above Chapter 13 case. I understand the Court may revoke confirmation of the Chapter 13 Plan if the statements relied upon are not accurate.

Signed: *Rosemary Gibson*   Date: Aug 20, 2018
Rosemary Gibson

Prepared By:
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100

SUBSCRIBED AND SWORN to
before me this 20 day
of Aug, 20 18
*Christine Heller Clar*
NOTARY PUBLIC

OFFICIAL SEAL
CHRISTINE HELEN CLAR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 06/02/19