## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| ROSEMARY GIBSON, | ) | Case No. 17-22282 |
| | ) | |
| Debtor. | ) | Judge Schmetterer |

### NOTICE OF MOTION

**To the following persons or entities who have been served via electronic mail:**
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: chiweb@tvch13.net

**To the following persons or entities who have been served via first-class U.S. Mail:**
Rosemary Gibson, 1150 W. 18th St., #1W, Broadview, IL 60155
Terrace Garden Condominium Association, c/o Hillcrest Property Management, 55 W. 22nd St, Suite 310, Lombard, IL 60148

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 S. Dearborn Street, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Chapter 13 Plan**, at which time and place you may appear.

    JUDGE:  Schmetterer
    ROOM:   682
    DATE:   October 17, 2018
    TIME:   10:00 AM

### PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, on or before September 25, 2018, with sufficient postage prepaid, by the undersigned, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

/s/ Dustin B. Allen
Dustin B. Allen, A.R.D.C. #6312451
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| **ROSEMARY GIBSON,** | ) | Case No. 17-22282 |
| | ) | |
| **Debtor.** | ) | Judge Schmetterer |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, ROSEMARY GIBSON, by and through her attorneys, DAVID M. SIEGEL & ASSOCIATES, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On July 26, 2017, Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC. The plan was confirmed on October 11, 2017.

3) Section E3.1(a) lists a creditor, Hillcrest Property Management, for condo association dues, in the amount of $1,870.00. No Proof of Claim was filed by Hillcrest or any other associated party.

4) Debtor's attorney was recently contacted by Terrace Garden Condo Association, which purports to be the correct creditor for the condo association dues for the Debtor's residence. They have sent over an account statement showing a balance of $1,453.30 owed at the time of the bankruptcy being filed. See Exhibit A.

5) The Debtor seeks to modify §E3.1(a) of the confirmed plan to correct the creditor from "Hillcrest Property Management" to "Terrace Garden Condo Association" and reduce the amount of the secured claim in the plan from $1,870.00 to $1,453.30.

6) The Debtor seeks this modification in good faith with the intention of completing her plan.

WHEREFORE, the Debtor, ROSEMARY GIBSON, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Dustin B. Allen
Dustin B. Allen, A.R.D.C. #6312451
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

Terrace Garden Condo Assoc.
FINANCIAL TRANSACTIONS - 09/18/18

```
1150 W. 18th Street # 1W                  Unit ID: L11501W
Rosemary Gibson                           STATUS:
                                          PREPAID BAL:    0.00
TXN    -----PAYMENTS/TRXN DESCR-----  --------CHARGES/PAYMENT DISTR--------  BALANCE
DATE   PAYMT AMT  CHECK #    DEP DT  CODE  N/A  DESCRIPTION     AMOUNT        DUE
------ ---------- ---------- ------- ----  ---  -------------  ----------  -----------
022916            INIT LIAB BAL       A1        ASSESSMENT       919.12      919.12
022916            INIT LIAB BAL       C2        Special Assm     332.81     1251.93
022916            INIT LIAB BAL       01        Late Fees         75.00     1326.93
------
030116            APPLY CHARGES       A1        ASSESSMENT       229.78     1556.71
030116                                C2        Special Assm      66.88     1623.59
031716   498.00  MO44212523 031716    A1        ASSESSMENT      (229.78)    1125.59
031716                                C2        Special Assm     (66.88)
031716                                PP        Credit-Prepaid  (201.34)
------
040116            APPLY CHARGES       A1        ASSESSMENT       229.78     1355.37
040116                                C2        Special Assm      66.88     1422.25
040116            APPLY PREPAYMNT     A1        ASSESSMENT      (201.34)    1422.25
041416   498.00  1629502115 041416    A1        ASSESSMENT       (28.44)     924.25
041416                                C2        Special Assm     (66.88)
041416                                PP        Credit-Prepaid  (402.68)
------
050116            APPLY CHARGES       A1        ASSESSMENT       229.78     1154.03
050116                                C2        Special Assm      66.88     1220.91
050116            APPLY PREPAYMNT     A1        ASSESSMENT      (402.68)    1220.91
051316   498.00  1591802337 051316    A1        ASSESSMENT      (498.00)     722.91
------
060116            APPLY CHARGES       A1        ASSESSMENT       229.78      952.69
060116                                C2        Special Assm      66.88     1019.57
062416   498.00  75704      062416    A1        ASSESSMENT      (478.00)     521.57
062416                                01        Late Fees        (20.00)
------
070116            APPLY CHARGES       A1        ASSESSMENT       229.78      751.35
070116                                C2        Special Assm      66.88      818.23
072016   498.00  8788111643 072016    A1        ASSESSMENT      (229.78)     320.23
072016                                01        Late Fees        (55.00)
072016                                C2        Special Assm    (213.22)
------
080116            APPLY CHARGES       A1        ASSESSMENT       229.78      550.01
080116                                C2        Special Assm      66.88      616.89
081516  HO Phoned/Bank Sent Funds to Incoorect Account
081516  Should be Rectified Within 2 Weeks
------
090116            APPLY CHARGES       A1        ASSESSMENT       229.78      846.67
090116                                C2        Special Assm      66.88      913.55
090916  HO Phoned/Sent Payment to KSN
091416   498.00  9630334711 091416    A1        ASSESSMENT      (459.56)     415.55
091416                                C2        Special Assm     (38.44)
------
```

1

Exhibit
A

```
                        Terrace Garden Condo Assoc.
                        FINANCIAL TRANSACTIONS - 09/18/18

1150 W. 18th Street # 1W                    Unit ID: L11501W
Rosemary Gibson                             STATUS:
                                            PREPAID BAL:    0.00
 TXN   -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR---------   BALANCE
 DATE  PAYMT AMT CHECK #    DEP DT CODE  N/A  DESCRIPTION      AMOUNT            DUE
 ----- ---------- -------   ------ ----- ---  -------------    -----------    ---------
 100116           APPLY CHARGES       A1       ASSESSMENT         229.78          645.33
 100116                                C2      Special Assm        66.88          712.21
 101116   498.00 3587541673 101116 A1          ASSESSMENT        (229.78)         214.21
 101116                                C2      Special Assm     (268.22)
 ------
 110116           APPLY CHARGES       A1       ASSESSMENT         229.78          443.99
 110116                                C2      Special Assm        66.88          510.87
 112116 HO Phoned/Sent Payment to KSN
 ------
 120116           APPLY CHARGES       A1       ASSESSMENT         229.78          740.65
 120116                                C2      Special Assm        66.88          807.53
 120516   498.00 9684492907 120516 A1          ASSESSMENT        (459.56)         309.53
 120516                                C2      Special Assm      (38.44)
 121316    12.87 1591803009 121316 C2          Special Assm      (12.87)          296.66
 ------
 010117           APPLY CHARGES       A1       ASSESSMENT         229.78          526.44
 010117                                C2      Special Assm        66.88          593.32
 ------
 020117           APPLY CHARGES       A1       ASSESSMENT         229.78          823.10
 020117                                C2      Special Assm        66.88          889.98
 020217   311.66 2056       020217 A1          ASSESSMENT        (311.66)         578.32
 ------
 030117           APPLY CHARGES       A1       ASSESSMENT         229.78          808.10
 030117                                C2      Special Assm        66.88          874.98
 030717   311.66 2057       030717 A1          ASSESSMENT        (311.66)         563.32
 ------
 040117           APPLY CHARGES       A1       ASSESSMENT         229.78          793.10
 040117                                C2      Special Assm        66.88          859.98
 ------
 050117           APPLY CHARGES       A1       ASSESSMENT         229.78         1089.76
 050117                                C2      Special Assm        66.88         1156.64
 050417   311.66 2061       050417 A1          ASSESSMENT        (311.66)         844.98
 ------
 060117           APPLY CHARGES       A1       ASSESSMENT         229.78         1074.76
 060117                                C2      Special Assm        66.88         1141.64
 ------
 070117           APPLY CHARGES       A1       ASSESSMENT         229.78         1371.42
 070117                                C2      Special Assm        66.88         1438.30
 072417           APPLY LATE FEE      01       Late Fees           15.00         1453.30
 ------
 080117           APPLY CHARGES       A1       ASSESSMENT         229.78         1683.08
 080117                                C2      Special Assm        66.88         1749.96
 083117           APPLY LATE FEE      01       Late Fees           15.00         1764.96
 ------
                                          2
```

Terrace Garden Condo Assoc.
FINANCIAL TRANSACTIONS - 09/18/18

```
1150 W. 18th Street # 1W                    Unit ID: L11501W
Rosemary Gibson                             STATUS:
                                            PREPAID BAL:      0.00
 TXN    -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR---------  BALANCE
 DATE   PAYMT AMT CHECK #    DEP DT CODE N/A  DESCRIPTION       AMOUNT           DUE
 ------ ---------- ---------- ------ ---- ---- --------------- ----------    -------------
 090117            APPLY CHARGES       A1      ASSESSMENT         229.78       1994.74
 090117                                C2      Special Assm       66.88       2061.62
 092617            APPLY LATE FEE      01      Late Fees          15.00       2076.62
 ------
 100117            APPLY CHARGES       A1      ASSESSMENT         229.78       2306.40
 100117                                C2      Special Assm       66.88       2373.28
 103117            APPLY LATE FEE      01      Late Fees          15.00       2388.28
 ------
 110117            APPLY CHARGES       A1      ASSESSMENT         229.78       2618.06
 112217            APPLY LATE FEE      01      Late Fees          15.00       2633.06
 ------
 120117            APPLY CHARGES       A1      ASSESSMENT         229.78       2862.84
 120517   311.66 44592       120517    A1      ASSESSMENT        (311.66)      2551.18
 ------
 010118            APPLY CHARGES       A1      ASSESSMENT         229.78       2780.96
 ------
 020118            APPLY CHARGES       A1      ASSESSMENT         229.78       3010.74
 022818            APPLY LATE FEE      01      Late Fees          15.00       3025.74
 ------
 030118            APPLY CHARGES       A1      ASSESSMENT         229.78       3255.52
 030718 HO Mailed Coupons W/O Check
 030718 Mailing Check Today
 030718 BK Was Filed 07/2017 #17-22282
 031418   378.54 105         031418    A1      ASSESSMENT        (378.54)      2876.98
 ------
 040118            APPLY CHARGES       A1      ASSESSMENT         229.78       3106.76
 ------
 050118            APPLY CHARGES       A1      ASSESSMENT         229.78       3336.54
 ------
 060118            APPLY CHARGES       A1      ASSESSMENT         229.78       3566.32
 062718            APPLY LATE FEE      01      Late Fees          15.00       3581.32
 ------
 070118            APPLY CHARGES       A1      ASSESSMENT         229.78       3811.10
 072318            APPLY LATE FEE      01      Late Fees          15.00       3826.10
 ------
 080118            APPLY CHARGES       A1      ASSESSMENT         229.78       4055.88
 082118            APPLY LATE FEE      01      Late Fees          15.00       4070.88
 ------
 090118            APPLY CHARGES       A1      ASSESSMENT         229.78       4300.66
 091818 Owner called to say she filed a chapter 13
 091818 in July of 2017. Will have her attorney
 091818 resend paperwork regarding this.
```

-- End of report --